# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| ARLEEN TAYLOR MATHIS | Case Number: 1:16po02 |
| | Fredilyn Sison |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1
☐ pleaded guilty to violation(s)
☐ pleaded not guilty to count(s)
☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 1.218(b)(4) | Remove government property without authorization | 04/08/16 | 1 |

☐ Counts(s) (is)(are) dismissed on the motion of the United States.
☐ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

That the defendant pay a fine in the amount of $300 and $25 assessment. All monies due by 7/20/2016.

Date of Imposition of Sentence: 6/20/2016

Signed: June 20, 2016

Dennis L. Howell
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal